AO 238 (Rev. 06/19) Arrest Warrant and Notice Before Arrest

# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| United States of America <br> v. <br> **JUSTICE, CORBET** <br> **836 PRINCETON AVE** <br> **FAIRBORN, OH 45324** <br><br> *Defendant* | |

| Location Code(s)/Violation Number(s) | Violation Date(s) |
|---|---|
| TE41 7767777, 7767778, 7767780 <br> TE41 7767800, 8130763, 8130766 | 08/10/2020 |
| Offense(s) | Amount Due |
| DUI INCAPABLE; SUSPENDED DL; NO PROOF OF FINANCIAL LIABILITY; DUI .08 OR GREATER; TRAFFIC CONTROL DEVICE; AND FAILURE TO MAINTAIN CONTROL | APPEARANCE REQUIRED |

## ARREST WARRANT

RECEIVED BY: HW
DATE: 10-18-22 TIME: 945

U.S. MARSHAL E/TN
KNOXVILLE, TN

To: Any authorized law enforcement officer

There is probable cause to issue this warrant for the arrest of the person identified above.

**YOU ARE COMMANDED** to arrest and bring this defendant before the nearest available United States magistrate judge without unnecessary delay to answer to these charge(s).

If the defendant has paid the amount due, you may return this warrant unexecuted.

Date and time issued: 10/6/22 9:50AM

*Judge's signature*
HON JILL E. MCCOOK

### Return

| | Date: | Location: |
|---|---|---|
| **Received** | | |

*Executed by the arrest of the defendant.*

| | Date: | Location: |
|---|---|---|
| **Arrested** | | |

Name: _____ Title: _____ District: _____

Date: _____ Signature: _____

FID: 1115$741  USMS: 55146-074
2374-1018-0080-I

# United States District Court
## Violation Notice

**CVB Location Code:** TN1

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7767777 | M. CRABTREE | 1137 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 8-10-20  2258
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code
36 CFR 4.23(a)(1)

**Place of Offense:** US-441S SPUR & GATLINBURG

**Offense Description: Factual Basis for Charge:**
DUI - INCAPABLE

HAZMAT ☐

### DEFENDANT INFORMATION
**Phone:** (937) 838-8399
**Last Name:** JUSTICE
**First Name:** CORBET
**M.I.:** 
**Street Address:** 836 PRINCETON AVENUE
**City:** FAIRBORN
**State:** OH
**Zip Code:** 45324
**Date of Birth:** 2-29-72
**Drivers License No.:** RU413640
**CDL** ☐
**D.L. State:** OH
**Social Security No.:** 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
☒ Adult ☐ Juvenile
**Sex:** ☒ Male ☐ Female
**Hair:** Blk
**Eyes:** Brown
**Height:** 6'0"
**Weight:** 140

### VEHICLE  VIN: 
GRN BLW  CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| K476549 | OH | 10 | DODGE CHARGER | | BLUE |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:**
**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 09/2015)  Original - CVB Copy

CVB SCAN 09/15/2020 15:12

CVB SCAN 09/15/2020 15:12

United States District Court
Violation Notice
STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

Name: Corbet JUSTICE        CVB Location Code: TE41        Citation Number: 7767777
Case Number: NP20105676

I state that on August 10th, 2020 while exercising my duties as a law enforcement officer in the Eastern District of Tennessee

At approximately 2210 hours, I received a report of a motor vehicle accident on US-441S near the Gatlinburg Boundary. When I arrived on scene, I observed a blue Dodge Charger and a blue GMC Sierra involved in a head-on collision. The Dodge Charger was facing southbound in the northbound lane. Witnesses informed me that the Dodge Charger made a U-Turn in the highway and then began traveling southbound in the northbound lane, striking the GMC Sierra. I was also informed by the witness that the Charger did not have headlights on even though it was dark, a known indicator of potential impairment by NHTSA. I identified the operator as Corbet JUSTICE. JUSTICE informed me that he realized he was heading the wrong direction and decided to make a U-Turn in the middle of the highway, resulting in a head-on collision. I observed a heavy odor of alcohol on JUSTICE's breath. JUSTICE had glassy, bloodshot eyes. JUSTICE informed me that he had consumed two margaritas and a Bud Light beer. JUSTICE later stated he had also drank a "Jack and Coke". JUSTICE displayed clues on the Standard Field Sobriety test indicating that he may be impaired. JUSTICE provided a preliminary breath test sample of .255BraC. JUSTICE provided a breath sample on the calibrated intoxilyzer at Pigeon Forge Police Department of .198BrAC. JUSTICE was arrested for Operating Under the Influence.

The foregoing statement is based upon:

☑ my personal observations      ☑ my personal investigation
☑ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 8-10-20
              Date (mm/dd/yyyy)            Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
              Date (mm/dd/yyyy)            U.S. Magistrate Judge

# United States District Court
## Violation Notice

**CVB Location Code:** TE41

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7767778 | M. Crabtree | 1137 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 2258  9-10-20
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code
55-50-301
36 CFR 4.2(B)

**Place of Offense:** US-441 S Spur & Gatlinburg

**Offense Description: Factual Basis for Charge** ☐ HAZMAT

SUSPENDED DL

---

### DEFENDANT INFORMATION

**Phone:** (937) 838-8399
**Last Name:** JUSTICE
**First Name:** CORBET
**M.I.:** NC
**Street Address:** 836 Princeton Avenue
**City:** Fairborn
**State:** OH
**Zip Code:** 45324
**Date of Birth (mm/dd/yyyy):** 2-29-72
**Drivers License No.:** RU493640
**CDL:** ☐
**D.L. State:** OH
**Social Security No.:** 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
☒ Adult ☐ Juvenile
**Sex:** ☒ Male ☐ Female
**Hair:** GRN
**Eyes:** BLU
**Height:** 6'0"
**Weight:** 140

### VEHICLE
**VIN:** 
**Tag No.:** K476549
**State:** OH
**Year:** 10
**Make/Model:** Charlez Doole
**PASS:** ☐
**Color:** BLUE
**CMV:** ☐

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ _____ **Total Collateral Due**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:**
**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 09/2015)     Original - CVB Copy

NP201505916   8137-02   CVB SCAN 09/15/2020 15:33   7767778

CVB SCAN 09/15/2020 15:33

United States District Court
Violation Notice
STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

Name: Corbet JUSTICE          CVB Location Code: TE41          Citation Number: 7767778
Case Number: NP20105676

I state that on __August 10th, 2020__ while exercising my duties as a law enforcement officer in the __Eastern__ District of __Tennessee__

At approximately 2210 hours, I received a report of a motor vehicle accident on US-441S near the Gatlinburg Boundary. When I arrived on scene, I observed a blue Dodge Charger and a blue GMC Sierra involved in a head-on collision. The Dodge Charger was facing southbound in the northbound lane. Witnesses informed me that the Dodge Charger made a U-Turn in the highway and then began traveling southbound in the northbound lane, striking the GMC Sierra. I identified the operator as Corbet JUSTICE. JUSTICE informed me that he realized he was heading the wrong direction and decided to make a U-Turn in the middle of the highway, resulting in a head-on collision. JUSTICE had provided a Gatlinburg Police Department Officer with a paper Identification Card from Ohio. Great Smoky Mountains Emergency Communications Center informed me that JUSTICE had a suspended driver's license out of Ohio.

The foregoing statement is based upon:

☑ my personal observations          ☑ my personal investigation
☑ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __8-10-20__                    __[signature]__
             Date (mm/dd/yyyy)              Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
             Date (mm/dd/yyyy)          U.S. Magistrate Judge

# United States District Court
## Violation Notice

CVB Location Code: TE41

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7767780 | M. Crabtree | 1137 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 2255 8-10-20

Offense Charged: ☐ CFR ☐ USC ☒ State Code
55-12-139
36 CFR 4.2(B)

Place of Offense: US-441S SPUR @ GATLINBURG

Offense Description: Factual Basis for Charge
NO PROOF OF FINANCIAL LIABILITY

HAZMAT ☐

### DEFENDANT INFORMATION

Phone: (937) 838-8399

Last Name: JUSTICE ~~CORBETTMDL~~
First Name: CORBET ~~JUSTICE MDL~~
M.I.:

Street Address: 836 PRINCETON AVENUE
City: FAIRBORN
State: OH
Zip Code: 45324
Date of Birth: 2-29-72

Drivers License No.: RU413640
CDL ☐
D.L. State: OH
Social Security No.: 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

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair: BN   Eyes: BRO   Height: 6'6"   Weight: 140 BLU GREEN

### VEHICLE
VIN:   CMV ☐

Tag No.: K476549
State: OH
Year: 10
Make/Model: Dodge Charger
PASS ☐
Color: BLUE

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 09/2015)   Original - CVB Copy

CVB SCAN 09/15/2020 15:34

United States District Court
Violation Notice
STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

Name: Corbet JUSTICE     CVB Location Code: TE41     Citation Number: 7767780
Case Number: NP20105676

I state that on August 10th, 2020 while exercising my duties as a law enforcement officer in the Eastern District of Tennessee

At approximately 2210 hours, I recieved a report of a motor vehicle accident on US-441S near the Gatlinburg Boundary. I arrived on scene and identified one of the operators as Corbet JUSTICE. After a DUI Investigation, JUSTICE was arrested. No proof of financial liability was found inside JUSTICE's vehicle. JUSTICE informed me that he hoped his fiancee insured the vehicle earlier in the day.

The foregoing statement is based upon:

☑ my personal observations      ☑ my personal investigation

☑ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 9-10-20
Date (mm/dd/yyyy)      Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)      U.S. Magistrate Judge

# United States District Court
## Violation Notice

**CVB Location Code:** TE41

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7767800 | M. CRABTREE | 1137 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 2258  9-10-20

Offense Charged: ☒ CFR ☐ USC ☐ State Code

36 CFR 4.73(A)(2)

Place of Offense: US-441S SPUR + GATUN BLVD

HAZMAT ☐

Offense Description: Factual Basis for Charge

DUI - .08 OR GREATER

### DEFENDANT INFORMATION

Phone: (937) 858-8399

Last Name: ~~CORBET~~ JUSTICE NPC
First Name: CORBET ~~JUSTICE~~ NPC
M.I.:

Street Address: 836 PRINCETON AVENUE

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| FAIRBORN | OH | 45324 | 2-29-72 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| RU413640 | | OH | 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 |

☒ Adult ☐ Juvenile  Sex: ☒ Male ☐ Female  Hair: BRN  Eyes: BLU  Height: 6'0"  Weight: 140

### VEHICLE
VIN:

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| K476549 | OH | 10 | DODGE CHARGER | | BLUE |

CMV ☐

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 

Date (mm/dd/yyyy): 

Time (hh:mm): 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 09/2015)        Original - CVB Copy

CVB SCAN 09/15/2020 15:33

CVB SCAN 09/15/2020 15:33

United States District Court
Violation Notice
STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

Name: Corbet JUSTICE         CVB Location Code: TE41         Citation Number: 7767800
Case Number: NP20105676

I state that on August 10th, 2020 while exercising my duties as a law enforcement officer in the Eastern District of Tennessee

At approximately 2210 hours, I received a report of a motor vehicle accident on US-441S near the Gatlinburg Boundary. When I arrived on scene, I observed a blue Dodge Charger and a blue GMC Sierra involved in a head-on collision. The Dodge Charger was facing southbound in the northbound lane. Witnesses informed me that the Dodge Charger made a U-Turn in the highway and then began traveling southbound in the northbound lane, striking the GMC Sierra. I was also informed by the witness that the Charger did not have headlights on even though it was dark, a known indicator of potential impairment by NHTSA. I identified the operator as Corbet JUSTICE. JUSTICE informed me that he realized he was heading the wrong direction and decided to make a U-Turn in the middle of the highway, resulting in a head-on collision. I observed a heavy odor of alcohol on JUSTICE's breath. JUSTICE had glassy, bloodshot eyes. JUSTICE informed me that he had consumed two margaritas and a Bud Light beer. JUSTICE later stated he had also drank a "Jack and Coke". JUSTICE displayed clues on the Standard Field Sobriety test indicating that he may be impaired. JUSTICE provided a preliminary breath test sample of .255BraC. JUSTICE provided a breath sample on the calibrated intoxilyzer at Pigeon Forge Police Department of .198BrAC. JUSTICE was arrested for Operating Under the Influence.

The foregoing statement is based upon:

☑ my personal observations         ☑ my personal investigation

☑ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 8-10-20
Date (mm/dd/yyyy)              Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)              U.S. Magistrate Judge

# United States District Court
## Violation Notice

CVB Location Code: TE41

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 8130763 | M CRABTREE | 1137 |

8130763

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 8-10-20 2258
Offense Charged: ☒ CFR ☐ USC ☐ State Code
36 CFR 4.12

Place of Offense: US-441S & GATLINBURG

Offense Description: Factual Basis for Charge — HAZMAT ☐

TRAFFIC CONTROL DEVICE

### DEFENDANT INFORMATION
Phone: (937) 838-8399

Last Name: JUSTICE ~~CORBETT~~NOL
First Name: CORBET ~~JUSTICE~~NOL
M.I.:

Street Address: 836 PRINCETON AVENUE
City: FAIRBORN
State: OH
Zip Code: 45324
Date of Birth: 2-29-72

Drivers License No.: RU413640
CDL ☐
D.L. State: OH
Social Security No.: 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

☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair: GRN | Eyes: BLU | Height: 6'0" | Weight: 140

### VEHICLE
VIN:                                                                    CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| K476549 | OH | 10 | DODGE CHARGER | | BLUE |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 09/2015)    Original - CVB Copy

CVB SCAN 09/15/2020 15:33

CVB SCAN 09/15/2020 15:34

United States District Court
Violation Notice
STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

Name: Corbet JUSTICE          CVB Location Code: TE41          Citation Number: 8130763
Case Number: NP20105676

I state that on August 10th, 2020 while exercising my duties as a law enforcement officer in the Eastern District of Tennessee

At approximately 2210 hours, I received a report of a motor vehicle accident on US-441S near the Gatlinburg Boundary. When I arrived on scene, I observed a blue Dodge Charger and a blue GMC Sierra involved in a head-on collision. The Dodge Charger was facing southbound in the northbound lane. Witnesses informed me that the Dodge Charger made a U-Turn in the highway and then began traveling southbound in the northbound lane, striking the GMC Sierra. I identified the operator as Corbet JUSTICE. JUSTICE informed me that he realized he was heading the wrong direction and decided to make a U-Turn in the middle of the highway, resulting in a head-on collision. JUSTICE crossed the double yellow lane serving as the lane divider on US-441.

The foregoing statement is based upon:

☑ my personal observations          ☑ my personal investigation
☑ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 8-10-20                    _____
             Date (mm/dd/yyyy)          Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
             Date (mm/dd/yyyy)          U.S. Magistrate Judge

# United States District Court
## Violation Notice

CVB Location Code: TE41

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 8130766 | M. CRABTREE | 1137 |

8130766

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 7258 8-10-20

Offense Charged: ☒ CFR ☐ USC ☐ State Code
86 CFR 4.22(B)(3)

Place of Offense: US-441S Spur & Gatlinburg

Offense Description: Factual Basis for Charge — HAZMAT ☐

FAILURE TO MAINTAIN CONTROL

### DEFENDANT INFORMATION
Phone: (937) 838-8399

Last Name: JUSTICE ~~CORBET MOL~~
First Name: CORBET ~~JUSTICE MOL~~
M.I.:

Street Address: 836 PRINCETON AVENUE
City: FAIRBORN  State: OH  Zip Code: 45324
Date of Birth: 7-29-72

Drivers License No.: RU413640  CDL ☐  D.L. State: OH
Social Security No.: 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

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female
Hair: BROWN  Eyes: HAZEL  Height: 6'0"  Weight: 180

### VEHICLE
VIN: GEN BLU 6'0"  CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| K476549 | OH | 10 | DODGE CHARGER | | BLUE |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 09/2015)    Original - CVB Copy

CVB SCAN 09/15/2020 15:34

CVB SCAN 09/15/2020 15:34

United States District Court
Violation Notice
STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

Name: Corbet JUSTICE   CVB Location Code: TE41   Citation Number: 8130766
Case Number: NP20105676

I state that on August 10th, 2020 while exercising my duties as a law enforcement officer in the Eastern District of Tennessee

At approximately 2210 hours, I received a report of a motor vehicle accident on US-441S near the Gatlinburg Boundary. When I arrived on scene, I observed a blue Dodge Charger and a blue GMC Sierra involved in a head-on collision. The Dodge Charger was facing southbound in the northbound lane. Witnesses informed me that the Dodge Charger made a U-Turn in the highway and then began traveling southbound in the northbound lane, striking the GMC Sierra. I identified the operator as Corbet JUSTICE. JUSTICE informed me that he realized he was heading the wrong direction and decided to make a U-Turn in the middle of the highway, resulting in a head-on collision. After an investigation, JUSTICE was subsequently arrested for DUI.

The foregoing statement is based upon:

☑ my personal observations   ☑ my personal investigation
☑ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 8-10-20
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge